1   CATHERINE J. WEINBERG, ESQ. [SBN 222066]
2   BUCKNER, ROBINSON & MIRKOVICH
    3146 Red Hill Avenue, Suite 200
3   Costa Mesa, California 92626
    Telephone: (714) 432-0990
4   Fax:        (714) 432-0352
    Email:     cweinberg@bamlaw.net
5

6   Attorneys for Defendant
    Gokstad Group, LP
7   A California limited partnership

8

                **UNITED STATES DISTRICT COURT**
9

             **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11   JAMES RUTHERFORD, an individual, | Case No. 5:20-cv-01762-JGB-KK |
| 12                 Plaintiff, | **REQUEST FOR JUDICIAL** |
| 13   v. | **NOTICE IN SUPPORT OF MOTION TO DISMISS STATE LAW CLAIM IN COMPLAINT** |
| 14   GOKSTAD GROUP, LP, a California | |
| 15   limited partnership; and Does 1-10, | FRCP Rules 12(b)(1), 12(b)(6), |
| 16   inclusive, | 12(h)(3), and 28 USC § 1367(c) |
| 17              Defendants. | Date: November 23, 2020 |
| 18 | Time: 9:00 a.m. |
| 19 | Courtroom: 1 |
| 20 | Judge: Hon. Jesus G. Bernal |
| 21 | Complaint Filed: 8/28/2020 |
| | Trial Date: No date scheduled |

22        Pursuant to Federal Rule of Evidence 201, defendant GOKSTAD GROUP,

23 LP ("Defendant") respectfully requests that the Court take judicial notice of the

24 other lawsuits, identified in the attached Exhibit "A", that plaintiff James

25 Rutherford ("Plaintifff") has filed in the Central District of California from August

26 28, 2019 through August 27, 2020.

27

28

1   Courts may take judicial notice of facts that are not subject to reasonable

2   dispute if the facts are generally known within the trial court's territorial

3   jurisdiction or can be accurately and readily determined from sources whose

4   accuracy cannot reasonably be questioned. Fed. Rule Evid. 201(b).

5   

6       This includes documents filed, and orders or decisions entered, in federal or

7   state court actions. See, e.g., *Holder v. Holder*, 305 F.3d 854, 866 (9th Cir. 2002);

8   *Wheeler v. Premiere Credit of North America*, 80 F. Supp. 3d 1108, 1112 (S.D.

9   Cal. 2015).

10      The list of lawsuits contained in Exhibit "A" attached hereto are litigation

11  records obtained from the Court's own PACER system. The records, therefore, can

12  be accurately and readily determined from the Court's own resources, whose

13  accuracy cannot reasonably be questioned. Defendants submit that judicial notice

14  of these records is particularly appropriate because these other litigations are

15  relevant to the pending motion to dismiss. See *Amphibious Partners, LLC v.*

16  *Redman*, 534 F.3d 1357, 1361-1362 (10th Cir. 2008).

17      Accordingly, Defendant respectfully requests that this Court take judicial

18  notice of the list of Plaintiff's other federal litigations in the Central District alone,

19  attached hereto as Exhibit "A", filed from August 28, 2019 through August 27,

20  2020.

21  Dated: October 13, 2020                    Respectfully submitted,

22

23                                              BUCKNER, ROBINSON & MIRKOVICH

24                                              By:

25                                              CATHERINE J. WEINBERG
                                                Attorneys for Defendant
26                                              GOKSTAD GROUP, LP

                                        2

Exhibit "A"

**James Rutherford is a plaintiff in 162 cases.**

| | | |
|---|---|---|
| 5:19-cv-02410-CJC-SHK | James Rutherford v. E and I Venture, LLC et al | filed 12/16/19  closed 03/06/20 |
| 5:19-cv-02412-MWF-SHK | James Rutherford v. E Street Plaza, LLC et al | filed 12/16/19  closed 05/04/20 |
| 5:19-cv-02414-MWF-KK | James Rutherford v. Chan Ho Um et al | filed 12/16/19  closed 06/09/20 |
| 5:19-cv-02416-GW-SHK | James Rutherford v. James Soungkile and Kookhe Hong, et al | filed 12/16/19  closed 05/04/20 |
| 5:19-cv-02423-SVW-SP | James Rutherford v. LMD Investment, LLC et al | filed 12/17/19  closed 05/27/20 |
| 5:19-cv-02424-SVW-AGR | James Rutherford v. Victor Valley Town Center, LLC et al | filed 12/17/19  closed 03/19/20 |
| 5:19-cv-02501-JGB-SP | James Rutherford v. SRSH Investment, Inc. et al | filed 12/31/19  closed 03/31/20 |
| 5:19-cv-02502-JGB-KK | JAMES RUTHERFORD v. ASHWIN H. PATEL et al | filed 12/31/19  closed 03/06/20 |
| 5:20-cv-00128-JAK-KK | James Rutherford v. Capital TCC, LP, et al | filed 01/16/20  closed 04/17/20 |
| 5:20-cv-00129-SVW-SHK | James Rutherford v. Los Compadres LLC et al | filed 01/16/20  closed 03/16/20 |
| 5:20-cv-00130-DMG-SP | James Rutherford v. Supreme Bright, LLC et al | filed 01/16/20 |

| | | | |
|---|---|---|---|
| 5:20-cv-00133-JAK-SHK | James Rutherford v. 559 E. Alisal Street, LLC et al | filed 01/16/20 | closed 04/16/20 |
| 5:20-cv-00135-JAK-KK | James Rutherford v. Isalda Zuniga et al | filed 01/16/20 | closed 08/11/20 |
| 5:20-cv-00136-SVW-KK | James Rutherford v. Drakeridge LLC et al | filed 01/16/20 | closed 02/12/20 |
| 5:20-cv-00188-ODW-SP | James Rutherford v. Hesperia Marketplace Capital Partners LP, et al | filed 01/28/20 | closed 04/01/20 |
| 5:20-cv-00189-DMG-SP | James Rutherford v. HF Investments, LLC et al | filed 01/28/20 | closed 05/21/20 |
| 5:20-cv-00190-MWF-SHK | James Rutherford v. Gramercy Capital Corp. et al | filed 01/28/20 | closed 03/18/20 |
| 5:20-cv-00253-JGB-SP | James Rutherford v. Jack Benetatos et al | filed 02/07/20 | closed 09/10/20 |
| 5:20-cv-00309-RGK-SP | James Rutherford v. The Novogroder Companies, Inc. | filed 02/18/20 | closed 07/02/20 |
| 5:20-cv-00313-PSG-SP | James Rutherford v. Highland Plaza Center LLC et al | filed 02/18/20 | closed 08/07/20 |
| 5:20-cv-00341-FMO-KK | James Rutherford v. Pizza Plus Properties, Inc. et al | filed 02/20/20 | closed 05/04/20 |
| 5:20-cv-00342-SVW-SHK | James Rutherford v. Kevin Doan et al | filed 02/20/20 | |

| 5:20-cv-00391-JGB-SHK | James Rutherford v. Hasmukh Patel et al | filed 02/27/20 | closed 04/27/20 |
| 5:20-cv-00526-DMG-SP | James Rutherford v. Highland Star LLC et al | filed 03/13/20 | closed 05/21/20 |
| 5:20-cv-00527-SVW-SP | James Rutherford v. Highland Avenue Plaza, LLC | filed 03/13/20 | closed 06/10/20 |
| 5:20-cv-00528-ODW-KK | James Rutherford v. Willshare Group LLC et al | filed 03/13/20 | |
| 5:20-cv-00529-AB-SHK | James Rutherford v. Fontana Shopping Plaza, LLC et al | filed 03/13/20 | closed 05/05/20 |
| 5:20-cv-00530-RSWL-KK | James Rutherford v. Abdallah Hourany et al | filed 03/13/20 | closed 09/23/20 |
| 5:20-cv-00531-FMO-SHK | James Rutherford v. Thavy M. Tann et al | filed 03/13/20 | |
| 5:20-cv-00533-GW-SHK | James Rutherford v. N and H Liquor et al | filed 03/13/20 | |
| 5:20-cv-00534-RSWL-SK | James Rutherford v. Adeeb Senab Hattar et al | filed 03/13/20 | closed 06/08/20 |
| 5:20-cv-00537-JFW-KK | James Rutherford v. Cooley a Shopping Center LLC et al | filed 03/13/20 | closed 09/21/20 |
| 5:20-cv-00538-JFW-SHK | James Rutherford v. Ata Haifa et al | filed 03/13/20 | closed 06/03/20 |

| | | | |
|---|---|---|---|
| 5:20-cv-00672-JGB-SHK | James Rutherford v. South Coast Investment et al | filed 04/02/20 | closed 07/29/20 |
| 5:20-cv-00673-JGB-KK | James Rutherford v. Jeffrey J. Stansfield et al | filed 04/02/20 | closed 08/12/20 |
| 5:20-cv-00737-JGB-SP | James Rutherford v. Miguel Vasquez et al | filed 04/10/20 | closed 09/04/20 |
| 5:20-cv-00738-JGB-KK | James Rutherford v. Karl H. Hesper et al | filed 04/10/20 | closed 06/16/20 |
| 5:20-cv-00906-RGK-KK | James Rutherford v. Dipak R. Patel, et al | filed 04/28/20 | closed 06/05/20 |
| 5:20-cv-00930-JGB-SHK | James Rutherford v. V.A.B., Inc. et al | filed 04/30/20 | closed 08/12/20 |
| 5:20-cv-00937-JGB-KK | James Rutherford v. ESI Plaza LLC, et al | filed 04/30/20 | closed 08/04/20 |
| 5:20-cv-01022-JGB-SHK | James Rutherford v. Jose Luis Atristan et al | filed 05/13/20 | closed 07/28/20 |
| 5:20-cv-01023-JGB-SP | James Rutherford v. Eusebio Flores et al | filed 05/13/20 | closed 08/10/20 |
| 5:20-cv-01024-JGB-KK | James Rutherford v. Hau-En Ying LLC et al | filed 05/13/20 | closed 07/01/20 |
| 5:20-cv-01026-JGB-SHK | James Rutherford v. Marwan El Dana et al | filed 05/13/20 | closed 08/06/20 |

| 5:20-cv-01076-MWF-SP | James Rutherford v. Youssef Maleeh, et al | filed 05/26/20 | closed 10/05/20 |
|---|---|---|---|
| 5:20-cv-01077-PSG-SP | James Rutherford v. Andy Nguyen, et al | filed 05/26/20 | |
| 5:20-cv-01078-DSF-KK | James Rutherford v. Renee Anne Vicary, et al | filed 05/26/20 | closed 08/19/20 |
| 5:20-cv-01092-JWH-SP | James Rutherford v. Prendiville Properties et al | filed 05/28/20 | |
| 5:20-cv-01093-PA-SHK | James Rutherford v. DFA Polizzi/Piazza Family G.P. et al | filed 05/28/20 | closed 08/12/20 |
| 5:20-cv-01094-DSF-SHK | James Rutherford v. Town Center North, LLC et al | filed 05/28/20 | closed 07/24/20 |
| 5:20-cv-01095-AB-SP | James Rutherford v. OEI Incorporated et al | filed 05/28/20 | closed 07/27/20 |
| 5:20-cv-01118-JGB-SHK | James Rutherford v. Brixton Redlands, LLC, et al | filed 06/01/20 | closed 08/06/20 |
| 5:20-cv-01124-JGB-SP | James Rutherford v. Ziad Abelson et al | filed 06/01/20 | closed 09/22/20 |
| 5:20-cv-01172-JGB-SP | James Rutherford v. Best California Gas Ltd et al | filed 06/09/20 | |
| 5:20-cv-01196-JGB-SHK | James Rutherford v. Dashrath N. Patel et al | filed 06/11/20 | closed 09/08/20 |

| | | | |
|---|---|---|---|
| 5:20-cv-01197-GW-SP | James Rutherford v. VPR Fontana Investment,Inc., et al | filed 06/11/20 | closed 08/27/20 |
| 5:20-cv-01200-DMG-SHK | James Rutherford v. Airport Gateway Plaza, LLC, et al | filed 06/12/20 | closed 08/10/20 |
| 5:20-cv-01203-MCS-SP | James Rutherford v. Baseline Center LLC et al | filed 06/12/20 | |
| 5:20-cv-01204-MWF-SP | James Rutherford v. Naim Mtanios Younan et al | filed 06/12/20 | |
| 5:20-cv-01205-FMO-SP | James Rutherford v. Fontana Capital LLC et al | filed 06/12/20 | closed 08/18/20 |
| 5:20-cv-01206-ODW-SP | James Rutherford v. Palmetto Plaza 1 LLC et al | filed 06/12/20 | closed 08/28/20 |
| 5:20-cv-01235-RGK-KK | James Rutherford v. ABH1, LLC et al | filed 06/19/20 | closed 09/22/20 |
| 5:20-cv-01237-JAK-SP | James Rutherford v. Cucamonga Industrial Center, LLC, et al | filed 06/19/20 | closed 09/04/20 |
| 5:20-cv-01238-RGK-SP | James Rutherford v. IProperty Development LLC, et al | filed 06/19/20 | closed 09/10/20 |
| 5:20-cv-01239-PSG-SP | James Rutherford v. Summitrose Investments, LP et al | filed 06/19/20 | closed 08/25/20 |
| 5:20-cv-01240-DSF-SHK | James Rutherford v. LWLL, LLC et al | filed 06/19/20 | closed 08/17/20 |

| | | | |
|---|---|---|---|
| 5:20-cv-01244-RSWL-KK | James Rutherford v. Wenhong Xu et al | filed 06/19/20 | closed 09/08/20 |
| 5:20-cv-01281-ODW-KK | James Rutherford v. Marketplace On Grove LLC et al | filed 06/26/20 | closed 08/12/20 |
| 5:20-cv-01282-DMG-KK | James Rutherford v. Red Mountain Asset Fund I, LLC, et al | filed 06/26/20 | |
| 5:20-cv-01283-JFW-SHK | James Rutherford v. 1600 E. 4th Street, LLC et al | filed 06/26/20 | |
| 5:20-cv-01285-RGK-SHK | James Rutherford v. Leonora Pierotti Thomas et al | filed 06/26/20 | closed 09/10/20 |
| 5:20-cv-01307-JGB-SHK | James Rutherford v. Vineyard Ontario Associates, et al | filed 06/30/20 | |
| 5:20-cv-01308-JGB-SHK | James Rutherford v. Aaron Chang, et al | filed 06/30/20 | closed 09/09/20 |
| 5:20-cv-01309-JGB-KK | James Rutherford v. A and C New Place LLC et al | filed 06/30/20 | closed 10/08/20 |
| 5:20-cv-01311-MWF-SP | James Rutherford v. 54-00094 West Base Line, LLC et al | filed 06/30/20 | |
| 5:20-cv-01312-RSWL-SHK | James Rutherford v. Tacos Mexico, Inc. et al | filed 06/30/20 | |
| 5:20-cv-01321-JAK-KK | James Rutherford v. Evangelos Karpuzis et al | filed 06/30/20 | |

| | | | |
|---|---|---|---|
| 5:20-cv-01322-JGB-SP | James Rutherford v. Terry L. Goodman et al | filed 06/30/20 | closed 08/18/20 |
| 5:20-cv-01338-JGB-SP | James Rutherford v. Dootson Baseline Property, LLC, et al | filed 07/02/20 | |
| 5:20-cv-01423-PSG-KK | James Rutherford v. Americana Properties LLC et al | filed 07/20/20 | |
| 5:20-cv-01425-JFW-KK | James Rutherford v. KARS Holdings, Inc. et al | filed 07/20/20 | |
| 5:20-cv-01426-JFW-SP | James Rutherford v. Brookside San Mateo Partners, L.P. et al | filed 07/20/20 | closed 08/11/20 |
| 5:20-cv-01433-MWF-KK | James Rutherford v. Daniel Jongsoo Chung et al | filed 07/20/20 | |
| 5:20-cv-01434-DMG-SP | James Rutherford v. Keng Tong Taing et al | filed 07/20/20 | closed 09/04/20 |
| 5:20-cv-01435-ODW-SP | James Rutherford v. 635 North Euclid, LLC et al | filed 07/20/20 | closed 09/23/20 |
| 5:20-cv-01437-SB-SHK | James Rutherford v. Kyung H. Chung, et al | filed 07/20/20 | |
| 5:20-cv-01444-SB-SP | James Rutherford v. Loma Linda University Shared Services et al | filed 07/21/20 | |
| 5:20-cv-01445-PA-SHK | James Rutherford v. Kalpesh P. Solanki et al | filed 07/21/20 | |

| | | | |
|---|---|---|---|
| 5:20-cv-01446-AB-SP | James Rutherford v. Inland Empire Capital, LLC et al | filed 07/21/20 | closed 09/23/20 |
| 5:20-cv-01447-JAK-SHK | James Rutherford v. Larry's Plaza, LLC, et al | filed 07/21/20 | |
| 5:20-cv-01499-JWH-SHK | James Rutherford v. Newman International LLC et al | filed 07/28/20 | |
| 5:20-cv-01500-FMO-SP | James Rutherford v. John Adem et al | filed 07/28/20 | closed 09/14/20 |
| 5:20-cv-01501-RGK-KK | James Rutherford v. Winfund Investment LLC, et al | filed 07/28/20 | closed 09/28/20 |
| 5:20-cv-01503-JWH-SP | James Rutherford v. Vineyard Center-Ontario, Ltd., A California Limited Partnership et al | filed 07/28/20 | closed 10/02/20 |
| 5:20-cv-01504-AB-SHK | James Rutherford v. Nadim Hasan et al | filed 07/28/20 | closed 09/30/20 |
| 5:20-cv-01505-JWH-SHK | James Rutherford v. Chino Associates et al | filed 07/28/20 | closed 10/05/20 |
| 5:20-cv-01506-DSF-KK | James Rutherford v. The Shops At Day Creek Village LLC et al | filed 07/28/20 | |
| 5:20-cv-01508-VAP-KK | James Rutherford v. Carl Karcher Enterprises LLC et al | filed 07/28/20 | |
| 5:20-cv-01509-FMO-SP | James Rutherford v. Archibald Business Center, L.P. et al | filed 07/28/20 | closed 09/14/20 |

| | | | |
|---|---|---|---|
| 5:20-cv-01510-GW-SHK | James Rutherford v. The CVRC Company LLC et al | filed 07/28/20 | closed 10/06/20 |
| 5:20-cv-01518-MWF-KK | James Rutherford v. JCJ Family Limited Partnership | filed 07/29/20 | closed 08/31/20 |
| 5:20-cv-01540-JGB-KK | James Rutherford v. ALJ Investment Co., LLC, et al | filed 07/31/20 | closed 10/09/20 |
| 5:20-cv-01542-JGB-SP | James Rutherford v. Rigoberto Serrano et al | filed 07/31/20 | |
| 5:20-cv-01543-JGB-KK | James Rutherford v. Real Estate Baby 12, LLC et al | filed 07/31/20 | closed 09/23/20 |
| 5:20-cv-01548-JGB-KK | James Rutherford v. PK I Country Fair SC LP, et al | filed 08/03/20 | |
| 8:19-cv-02421-DOC-DFM | James Rutherford v. Hoa Khain Quan et al | filed 12/16/19 | closed 05/11/20 |
| 8:19-cv-02430-JLS-JDE | James Rutherford v. JGKallins, L.P. et al | filed 12/17/19 | closed 03/26/20 |
| 8:20-cv-00249-DOC-ADS | James Rutherford v. AU Zone Santa Ana, LLC et al | filed 02/07/20 | closed 07/08/20 |
| 8:20-cv-00313-MCS-JDE | James Rutherford v. Basraon LLC et al | filed 02/18/20 | |
| 8:20-cv-00703-JLS-DFM | James Rutherford v. Marvin L.S. House et al | filed 04/10/20 | closed 07/20/20 |

| | | | |
|---|---|---|---|
| 8:20-cv-00707-DOC-KES | James Rutherford v. Lundar Yuh et al | filed 04/10/20 | |
| 8:20-cv-00709-JLS-DFM | James Rutherford v. PS Business Parks, L.P. et al | filed 04/10/20 | closed 07/22/20 |
| 8:20-cv-00710-JLS-ADS | James Rutherford v. Harbor Place Shopping Center, LLC et al | filed 04/10/20 | closed 08/24/20 |
| 8:20-cv-00712-JLS-KES | James Rutherford v. Aldor Holdings, LP et al | filed 04/10/20 | closed 09/08/20 |
| 8:20-cv-00713-JLS-JDE | James Rutherford v. Edinger Plaza, LLC et al | filed 04/10/20 | closed 09/30/20 |
| 8:20-cv-00773-SVW-JDE | James Rutherford v. BBSC Development, LLC et al | filed 04/20/20 | |
| 8:20-cv-00898-DOC-JDE | James Rutherford v. D and S Investment, LLC, et al | filed 05/13/20 | closed 07/07/20 |
| 8:20-cv-00899-DOC-ADS | James Rutherford v. W H Js Golden Dragon, Inc. et al | filed 05/13/20 | closed 06/22/20 |
| 8:20-cv-00900-SB-JDE | James Rutherford v. Jin Suck Choi et al | filed 05/13/20 | |
| 8:20-cv-00959-CJC-JDE | James Rutherford v. Lyman Legacy LLC et al | filed 05/26/20 | |
| 8:20-cv-01037-JLS-ADS | James Rutherford v. Jerry O. Palanjian, et al | filed 06/09/20 | |

| | | | |
|---|---|---|---|
| 8:20-cv-01051-DOC-KES | James Rutherford v. Jacob Logar et al | filed 06/11/20 | closed 08/19/20 |
| 8:20-cv-01052-DOC-KES | James Rutherford v. DHS Commercial Investment LLC et al | filed 06/11/20 | closed 08/07/20 |
| 8:20-cv-01053-JLS-ADS | James Rutherford v. Shalabi Enterprises Partners et al | filed 06/11/20 | closed 09/22/20 |
| 8:20-cv-01084 | James Rutherford v. Wenhong Xu et al | filed 06/19/20 | closed 06/19/20 |
| 8:20-cv-01085-JLS-JDE | James Rutherford v. Endresen Family LLC, et al | filed 06/19/20 | |
| 8:20-cv-01086-JLS-DFM | James Rutherford v. Eric M. Barsam, et al | filed 06/19/20 | closed 10/09/20 |
| 8:20-cv-01087-DOC-KES | James Rutherford v. Edinger Center Property Holding, LLC, et al | filed 06/19/20 | closed 09/10/20 |
| 8:20-cv-01130-VAP-ADS | James Rutherford v. Melinda Ann Miller et al | filed 06/26/20 | |
| 8:20-cv-01131-DSF-ADS | James Rutherford v. Global Partnership, LLC et al | filed 06/26/20 | |
| 8:20-cv-01132-FMO-ADS | James Rutherford v. Southside Investment Co., et al | filed 06/26/20 | closed 08/13/20 |
| 8:20-cv-01155-JLS-DFM | James Rutherford v. Vemanti Capital Partners LLC et al | filed 06/30/20 | closed 09/03/20 |

| | | | |
|---|---|---|---|
| 8:20-cv-01159-CJC-KES | James Rutherford v. Placentia Village Square, LLC, et al | filed 06/30/20 | closed 08/17/20 |
| 8:20-cv-01165-JLS-KES | James Rutherford v. John Paul Choi et al | filed 06/30/20 | |
| 8:20-cv-01177-DOC-KES | James Rutherford v. El Metate, Inc., et al | filed 07/02/20 | closed 08/28/20 |
| 8:20-cv-01178-DOC-KES | James Rutherford v. Seaside Ranchos, et al | filed 07/02/20 | closed 10/08/20 |
| 8:20-cv-01290-CJC-DFM | James Rutherford v. The Rittermal Family Limited Partnership, A California Limited Partnership et al | filed 07/20/20 | closed 09/02/20 |
| 8:20-cv-01296-CJC-DFM | James Rutherford v. JANLIL, LLC et al | filed 07/20/20 | closed 10/02/20 |
| 8:20-cv-01297-DOC-KES | James Rutherford v. Reef Imperial Rose, Inc., et al | filed 07/20/20 | |
| 8:20-cv-01298-JLS-JDE | James Rutherford v. TWA-Anaheim Limited Partnership, et al | filed 07/20/20 | |
| 8:20-cv-01299-JLS-ADS | James Rutherford v. ABC Investments, LLC et al | filed 07/20/20 | |
| 8:20-cv-01300-JLS-JDE | James Rutherford v. Bruce Hyonam Kang | filed 07/20/20 | closed 09/09/20 |
| 8:20-cv-01304-CJC-KES | James Rutherford v. New Urban West, LLC et al | filed 07/21/20 | |

| | | |
|---|---|---|
| <u>8:20-cv-01306-DOC-KES</u> | James Rutherford v. Micha Mottale, et al | filed 07/21/20 |
| <u>8:20-cv-01307-DOC-KES</u> | James Rutherford v. Patel/King Properties, LLC, et al | filed 07/21/20 |
| <u>8:20-cv-01308-JLS-DFM</u> | James Rutherford v. Station Land Investors, LLC, et al | filed 07/21/20   closed 09/18/20 |
| <u>8:20-cv-01310-MCS-DFM</u> | James Rutherford v. Theofanis Teazis et al | filed 07/21/20 |
| <u>8:20-cv-01381-FMO-ADS</u> | James Rutherford v. Athanasios C. Tatsis et al | filed 07/29/20 |
| <u>8:20-cv-01388-JFW-JDE</u> | James Rutherford v. Yin-Cheng Tsai, et al | filed 07/30/20   closed 10/02/20 |
| <u>8:20-cv-01389-SVW-KES</u> | James Rutherford v. MP Garden Grove Center et al | filed 07/30/20 |
| <u>8:20-cv-01390-SVW-KES</u> | James Rutherford v. Dominic Guadagno et al | filed 07/30/20   closed 09/23/20 |
| <u>8:20-cv-01393-CJC-DFM</u> | James Rutherford v. Little Saigon Square Garden Grove LLC et al | filed 07/30/20 |
| <u>8:20-cv-01395-MWF-DFM</u> | James Rutherford v. A Better Way, LLC et al | filed 07/30/20   closed 09/23/20 |
| <u>8:20-cv-01396-JWH-JDE</u> | James Rutherford v. Euclid Real Estate Development, Inc. et al | filed 07/30/20   closed 10/12/20 |

| | | | |
|---|---|---|---|
| 8:20-cv-01397-DSF-JDE | James Rutherford v. Crossroads Center L.P. et al | filed 07/30/20 | closed 09/14/20 |
| 8:20-cv-01398-DMG-ADS | James Rutherford v. Joo Cheon Choi, et al | filed 07/30/20 | closed 09/22/20 |
| 8:20-cv-01400-PA-KES | James Rutherford v. Quartz Hill, LLC et al | filed 07/30/20 | |
| 8:20-cv-01403-JLS-JDE | James Rutherford v. HMZ Retail, LP et al | filed 07/30/20 | |
| 8:20-cv-01404-DOC-KES | James Rutherford v. An Tang Dao et al | filed 07/30/20 | |
| 8:20-cv-01413-DOC-ADS | James Rutherford v. Evergreen Property Investment, LLC et al | filed 07/31/20 | closed 09/21/20 |
| 8:20-cv-01414-DOC-JDE | James Rutherford v. Andrew Can Lien et al | filed 07/31/20 | |
| 8:20-cv-01419-VAP-PVC | James Rutherford v. Turbulent Enterprises Limited Partnership et al | filed 07/31/20 | |

**James Rutherford is a plaintiff in 11 cases.**

| | | | |
|---|---|---|---|
| 5:20-cv-00132-JFW-KK | James Rutherford v. Sonal R. Patel | filed 01/16/20 | closed 03/11/20 |
| 5:20-cv-00134-VAP-SP | James Rutherford v. Gurkirpa LLC et al | filed 01/16/20 | |
| 5:20-cv-00535-VAP-KK | James Rutherford v. Ernest P. De Tomaso et al | filed 03/13/20 | closed 07/01/20 |

| | | | |
|---|---|---|---|
| <u>5:20-cv-00536-PA-SP</u> | James Rutherford v. Rancho Colton Group, LLC et al | filed 03/13/20 | closed 07/16/20 |
| <u>5:20-cv-00736-JGB-SHK</u> | James Rutherford v. 15643 Plaza Lawndale LLC et al | filed 04/10/20 | closed 06/05/20 |
| <u>5:20-cv-01502-VAP-SP</u> | James Rutherford v. Valmor Limited, LP, et al | filed 07/28/20 | |
| <u>5:20-cv-01511-JAK-KK</u> | James Rutherford v. Foothill Vineyard Plaza, LLC et al | filed 07/28/20 | closed 09/09/20 |
| <u>8:19-cv-01891-JLS-ADS</u> | James Rutherford v. Coastland Chapman Plaza, L.P. et al | filed 10/01/19 | closed 09/11/20 |
| <u>8:20-cv-00706-JLS-ADS</u> | James Rutherford v. Red Mountain Asset Fund I, LLC et al | filed 04/10/20 | closed 08/19/20 |
| <u>8:20-cv-01309-CJC-ADS</u> | James Rutherford v. Nancy Louise Jones et al | filed 07/21/20 | closed 09/04/20 |
| <u>8:20-cv-01399-JFW-KES</u> | James Rutherford v. Perfect North Investments LLC | filed 07/30/20 | closed 09/21/20 |

## James Rutherford is a plaintiff in 46 cases.

| | | | |
|---|---|---|---|
| <u>2:20-cv-05308</u> | James Rutherford v. World Smoke Shop, Inc., et al | filed 06/15/20 | closed 06/15/20 |
| <u>5:19-cv-01672-JGB-SP</u> | James Rutherford v. La Cocina De Paquita et al | filed 09/02/19 | closed 11/07/19 |

| | | | |
|---|---|---|---|
| 5:19-cv-01857-PA-SHK | James Rutherford v. Carl C. Lehmann et al | filed 09/26/19 | closed 12/05/19 |
| 5:19-cv-01860-ODW-SHK | James Rutherford v. Richard J. Hersh et al | filed 09/26/19 | closed 02/19/20 |
| 5:19-cv-02021-RGK-SHK | James Rutherford v. Centrelake Hospitality, Inc. et al | filed 10/22/19 | closed 01/06/20 |
| 5:19-cv-02134-JGB-SP | James Rutherford v. Gopal, LLC et al | filed 11/06/19 | closed 02/26/20 |
| 5:19-cv-02149-JGB-KK | James Rutherford v. De Los Autenticos, Inc. et al | filed 11/07/19 | closed 01/23/20 |
| 5:19-cv-02164-AB-SP | James Rutherford v. Ramchandra Prajapati et al | filed 11/11/19 | closed 02/11/20 |
| 5:19-cv-02166-JGB-SHK | James Rutherford v. Tho Van Huynh et al | filed 11/11/19 | closed 02/11/20 |
| 5:19-cv-02211-AB-SHK | James Rutherford v. The Pink Bull, Inc. et al | filed 11/19/19 | closed 12/18/19 |
| 5:19-cv-02277-JGB-SHK | James Rutherford v. SSM, LLC, et al | filed 11/27/19 | closed 02/04/20 |
| 5:19-cv-02316-JGB-SHK | James Rutherford v. Samir Patel et al | filed 12/04/19 | closed 03/19/20 |
| 5:19-cv-02318-JGB-SHK | James Rutherford v. Joe L. Juarez et al | filed 12/04/19 | closed 12/18/19 |

| | | | |
|---|---|---|---|
| 5:19-cv-02319-JGB-KK | James Rutherford v. H and H Enterprise et al | filed 12/04/19 | closed 02/11/20 |
| 5:19-cv-02321-JGB-SP | James Rutherford v. Golden Harvest Investments, LLC et al | filed 12/04/19 | closed 02/05/20 |
| 5:19-cv-02323-JGB-KK | James Rutherford v. Topwell, LLC et al | filed 12/04/19 | closed 02/11/20 |
| 5:19-cv-02324-JGB-SP | James Rutherford v. Washington Fund V, LLC et al | filed 12/04/19 | |
| 5:19-cv-02325-JGB-SP | James Rutherford v. Tung Thanh Dinh et al | filed 12/04/19 | closed 08/07/20 |
| 5:19-cv-02368-DSF-SHK | James Rutherford v. Parth and Haley Hospitality LLC et al | filed 12/10/19 | closed 04/28/20 |
| 5:19-cv-02375-ODW-SP | James Rutherford v. TRU 2005 RE I, LLC et al | filed 12/11/19 | closed 06/24/20 |
| 5:19-cv-02464-DSF-KK | James Rutherford v. Ryu Real Estate Holdings, LP et al | filed 12/23/19 | closed 04/02/20 |
| 5:19-cv-02466-RGK-SHK | James Rutherford v. Lawrence I. Lacks et al | filed 12/23/19 | closed 03/19/20 |
| 5:19-cv-02481-SVW-KK | James Rutherford v. D&Z Properties, LLC et al | filed 12/26/19 | closed 02/04/20 |
| 5:19-cv-02483-GW-SP | James Rutherford v. Yen Bui LLC et al | filed 12/26/19 | closed 04/24/20 |

| | | | |
|---|---|---|---|
| 5:19-cv-02491-MWF-KK | James Rutherford v. B J Win Hospitality Inc. et al | filed 12/27/19 | closed 03/05/20 |
| 5:20-cv-00377-RSWL-SHK | James Rutherford v. Baseline Capital Venture, LLC et al | filed 02/25/20 | closed 06/01/20 |
| 5:20-cv-00630-JGB-SHK | James Rutherford v. Rialto Pocket Properties, Inc. et al | filed 03/30/20 | closed 08/13/20 |
| 5:20-cv-00636-SVW-PLA | James Rutherford v. Wacy Armstrong, Jr. et al | filed 03/30/20 | closed 06/30/20 |
| 5:20-cv-00639-JGB-SHK | James Rutherford v. Youn Ock Yoon et al | filed 03/30/20 | closed 08/24/20 |
| 5:20-cv-01215-FMO-KK | James Rutherford v. Turner Plaza, a California Limited Partnership et al | filed 06/15/20 | closed 07/29/20 |
| 5:20-cv-01551-SB-KK | James Rutherford v. Wienerschnitzel et al | filed 08/04/20 | |
| 5:20-cv-01552-JGB-SHK | James Rutherford v. Dinos Pizza and Wings, Inc. et al | filed 08/04/20 | |
| 8:19-cv-01781-DOC-KES | James Rutherford v. Waleed Iskandar Madain et al | filed 09/17/19 | closed 12/06/19 |
| 8:19-cv-02174-JLS-KES | James Rutherford v. Harbor Bay Properties, LLC et al | filed 11/11/19 | closed 02/05/20 |
| 8:19-cv-02175-JLS-KES | James Rutherford v. Kyong Su Kim et al | filed 11/11/19 | closed 02/27/20 |

| | | | |
|---|---|---|---|
| 8:19-cv-02176-JLS-ADS | James Rutherford v. Sharon Kelsch et al | filed 11/11/19 | closed 07/20/20 |
| 8:19-cv-02386-DOC-KES | James Rutherford v. Lois Horness et al | filed 12/11/19 | closed 04/15/20 |
| 8:19-cv-02387-JVS-ADS | James Rutherford v. Bristol Food Court et al | filed 12/11/19 | closed 02/28/20 |
| 8:19-cv-02389-JVS-JDE | James Rutherford v. Fisher Real Estate Partners Costa Mesa, L.P. et al | filed 12/11/19 | closed 03/03/20 |
| 8:20-cv-00812-PSG-E | James Rutherford v. Susiecakes, LLC, et al | filed 04/28/20 | |
| 8:20-cv-01074-JLS-KES | James Rutherford v. World Smoke Shop, Inc., et al | filed 06/15/20 | closed 08/16/20 |
| 8:20-cv-01337-DOC-JDE | James Rutherford v. D & S Investment, LLC, et al | filed 07/23/20 | |
| 8:20-cv-01402-DFM | James Rutherford v. Su Ching Cheng et al | filed 07/30/20 | |
| 8:20-cv-01425-MCS-JDE | James Rutherford v. Tiffanyoh, Inc. et al | filed 08/03/20 | |
| 8:20-cv-01426-DOC-JDE | James Rutherford v. CW Amigo, Inc., et al | filed 08/03/20 | closed 09/12/20 |
| 8:20-cv-01428-DOC-ADS | James Rutherford v. La Michoacana Premium De Santa Ana I, Inc., et al | filed 08/04/20 | closed 09/11/20 |

**James Rutherford is a plaintiff in 28 cases.**

| | | | |
|---|---|---|---|
| 5:19-cv-01671-JGB-KK | James Rutherford v. Redlands Motor Lodge, Inc. et al | filed 09/02/19 | closed 11/15/19 |
| 5:19-cv-01858-JAK-SP | James Rutherford v. Panch Ratna, LLC et al | filed 09/26/19 | closed 01/15/20 |
| 5:19-cv-01861-MWF-SHK | James Rutherford v. Amusement Industry, Inc. et al | filed 09/26/19 | closed 05/22/20 |
| 5:19-cv-02146-JGB-SHK | James Rutherford v. Jay Hari, Inc. et al | filed 11/07/19 | closed 01/17/20 |
| 5:19-cv-02165-JGB-SHK | James Rutherford v. Nites Inn Corporation et al | filed 11/11/19 | |
| 5:19-cv-02167-JGB-SP | James Rutherford v. BMW Management, Inc., et al | filed 11/11/19 | closed 01/28/20 |
| 5:19-cv-02212-ODW-KK | James Rutherford v. Han and Brothers Capital, LLC et al | filed 11/19/19 | closed 07/08/20 |
| 5:19-cv-02317-JGB-SP | James Rutherford v. Alf E. Boman, et al | filed 12/04/19 | closed 09/03/20 |
| 5:19-cv-02322-JGB-SHK | James Rutherford v. Food N Fuel | filed 12/04/19 | closed 01/24/20 |
| 5:20-cv-00376-SVW-SHK | James Rutherford v. Dain Investments, Inc. et al | filed 02/25/20 | closed 07/09/20 |
| 5:20-cv-00634-RSWL-MRW | James Rutherford v. Sierra Way Summit, LLC et al | filed 03/30/20 | closed 04/28/20 |

| | | | |
|---|---|---|---|
| 5:20-cv-01431-PSG-SHK | James Rutherford v. Theodore H. Nece et al | filed 07/20/20 | |
| 5:20-cv-01432-GW-SHK | James Rutherford v. Franklin Real Estate, L.P., et al | filed 07/20/20 | |
| 5:20-cv-01512-ODW-SP | James Rutherford v. Grand Pacific 9-5, LLC, et al | filed 07/28/20 | |
| 8:19-cv-01844-JFW-ADS | James Rutherford v. Banzai Bowls et al | filed 09/26/19 | closed 01/15/20 |
| 8:19-cv-01845-AB-DFM | James Rutherford v. Gilbert C. Rhee et al | filed 09/26/19 | closed 01/03/20 |
| 8:19-cv-01884-DOC-ADS | James Rutherford v. Lakeview Village Corp. et al | filed 10/01/19 | closed 12/06/19 |
| 8:19-cv-01888-JVS-JDE | James Rutherford v. President Hotel Investment LLC et al | filed 10/01/19 | closed 02/21/20 |
| 8:19-cv-02142-JVS-DFM | James Rutherford v. Cheuk Koon Wong et al | filed 11/06/19 | closed 01/17/20 |
| 8:19-cv-02251-JLS-ADS | James Rutherford v. K and K Food, Inc. et al | filed 11/19/19 | closed 03/24/20 |
| 8:19-cv-02333-DOC-KES | James Rutherford v. Young Chhann et al | filed 12/04/19 | closed 05/29/20 |
| 8:19-cv-02334-JVS-KES | James Rutherford v. Lord Shiva LLC et al | filed 12/04/19 | closed 06/26/20 |

| 8:19-cv-02481-JLS-JDE | James Rutherford v. Antonjitos La Lagunilla et al | filed 12/23/19 | closed 01/30/20 |
| 8:20-cv-01291-JLS-KES | James Rutherford v. Yorba Linda L.P. et al | filed 07/20/20 | closed 09/01/20 |
| 8:20-cv-01292-JLS-DFM | James Rutherford v. FVDD, LLC, et al | filed 07/20/20 | |
| 8:20-cv-01301-DOC-KES | James Rutherford v. Paradigm 20815 Sherman Way, LLC et al | filed 07/20/20 | closed 09/23/20 |
| 8:20-cv-01392-SVW-ADS | James Rutherford v. Mark M. Mintz et al | filed 07/30/20 | |
| 8:20-cv-01429-JLS-ADS | James Rutherford v. Allied Tax Group LLC et al | filed 08/04/20 | |

**James Rutherford is a plaintiff in 14 cases.**

| 2:20-cv-02971-PSG-SK | James Rutherford v. Citrus West Properties, LLC | filed 03/30/20 | closed 07/29/20 |
| 5:19-cv-02017-DMG-SP | James Rutherford v. BLM Victorville a California Limited Partnership et al | filed 10/21/19 | closed 06/16/20 |
| 5:19-cv-02136-JGB-KK | James Rutherford v. Rancho LK LLC et al | filed 11/06/19 | closed 01/17/20 |
| 5:19-cv-02362-AB-SHK | James Rutherford v. Golden Chicken, LLC et al | filed 12/09/19 | closed 01/14/20 |

| 5:19-cv-02376-SVW-SP | Rutherford v. Ahir et al | filed 12/11/19 | |
| 5:19-cv-02377-MWF-SP | James Rutherford v. Golden Tower Properties, LLC et al | filed 12/11/19 | closed 04/15/20 |
| 5:20-cv-00375-DMG-SHK | James Rutherford v. Big Dog Enterprises et al | filed 02/25/20 | closed 07/06/20 |
| 5:20-cv-00635-JAK-MAA | James Rutherford v. Ibrahim Diab et al | filed 03/30/20 | |
| 5:20-cv-00637-GW-AFM | James Rutherford v. Nikiforos Valaskantjis, et al | filed 03/30/20 | closed 06/19/20 |
| 5:20-cv-00638-PA-AS | James Rutherford v. Freeman Property Ventures LLC, et al | filed 03/30/20 | |
| 5:20-cv-00904-DMG-SHK | James Rutherford v. Chih-Hong Young et al | filed 04/28/20 | closed 09/22/20 |
| 5:20-cv-01214-JFW-SHK | James Rutherford v. Roaring 20s Family Pizza Parlors, Inc. et al | filed 06/15/20 | |
| 5:20-cv-01422-VAP-SHK | James Rutherford v. H and S Investments Group, LLC et al | filed 07/20/20 | closed 10/06/20 |
| 8:20-cv-01391-JLS-KES | James Rutherford v. Westhaven Center, LLC et al | filed 07/30/20 | |

**James Rutherford is a plaintiff in 3 cases.**

| | | | |
|---|---|---|---|
| <u>5:20-cv-01173-JGB-KK</u> | James Rutherford v. Fontana Plaza, L.P. et al | filed 06/09/20 | closed 08/25/20 |
| <u>5:20-cv-01202-MCS-KK</u> | James Rutherford v. RTE Family Properties LLC et al | filed 06/12/20 | |
| <u>8:20-cv-01415-CJC-ADS</u> | James Rutherford v. BBH Yorba Linda, LLC et al | filed 07/31/20 | |

**James Rutherford is a plaintiff in 4 cases.**

| | | | |
|---|---|---|---|
| <u>5:20-cv-00408-JGB-SHK</u> | James Rutherford v. EKTA Hospitality LLC, et al | filed 02/28/20 | |
| <u>5:20-cv-00409-JGB-SHK</u> | James Rutherford v. Kais Nakkoud et al | filed 02/28/20 | closed 06/09/20 |
| <u>8:20-cv-00416-DSF-DFM</u> | James Rutherford v. SOCO LLC,et al | filed 02/28/20 | closed 04/28/20 |
| <u>8:20-cv-00418-DOC-KES</u> | James Rutherford v. Bristol Chino II, LLC et al | filed 02/28/20 | closed 05/07/20 |

PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On October 13, 2020, I served the foregoing document described as "Request for Judicial Notice in Support of Motion to Dismiss State Law Claim" on the party or parties by electronic service as follows:

BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the documents with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules and proofs of such service filed separately.

Joseph R. Manning, Jr., Esq.
MANNING LAW, APC
20062 SW Birch Street, Suite 200
Newport Beach, CA 92660
DisabilityRights@manninglawoffice.com

Executed on October 13, 2020 at Costa Mesa, California.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury that the foregoing is true and correct.

/s/ *Robert Hall*

_____

ROBERT HALL

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS STATE LAW CLAIM